| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Amon, Carol B. | 2. Court or Organization<br><br>U.S. District Court, E.D.N.Y. | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Room 908 S<br>Brooklyn, NY 11201 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed attorney - law partnership distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | 3/16/16 - 3/18/16 | Malibu, CA | Lecturer | Transportation, lodging, and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Federal Bar Council | Law Day Dinner - May 3, 2016 | $500.00 |
| 2. | New York Intellectual Property Law Association | Dinner - May 6, 2016 | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Passumpic Bank | Mortgage of rental property - Newport (Part VII (Line 16) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. RA Accts Citibank, B'klyn, NY FidelityAd.DynamicCapAppFud | B | Dividend | K | T | | | | | |
| 2. Law Partnership, Cap Acct. | | None | M | T | | | | | |
| 3. Thomas G. Amon Pension Plan | A | Interest | J | T | | | | | |
| 4. Thomas G. Amon PrfShr Plan | A | Interest | J | T | | | | | |
| 5. Citibank N.A., Money Market | B | Interest | M | T | | | | | |
| 6. Fidelity Contra Fund II | | None | | | Sold | 01/14/16 | J | A | |
| 7. Fidelity Independence Fund | | None | | | Sold | 01/14/16 | J | A | |
| 8. Invesco/Midcap Growth | A | Dividend | K | T | | | | | |
| 9. Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 10. Fidelty Ad. Tech Fund | A | Dividend | J | T | | | | | |
| 11. Legg Mason Partners Financial Services Fund B | | None | | | Sold | 01/14/16 | J | A | |
| 12. Legg Mason Partners Large Cap Value Fund B | | None | | | Sold | 01/14/16 | J | A | |
| 13. MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 14. Chase Select Checking | A | Interest | J | T | | | | | |
| 15. Encore Networks, Inc. (See VIII) | | None | M | T | | | | | |
| 16. Rental Property Newport, VT (See VIII) | D | Rent | M | R | | | | | |
| 17. AXA Equitable Variable Life Policy (See VIII) | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aim Technology | A | Dividend | J | T | | | | | |
| 19. Sonic Mountain, Inc. | | None | K | U | | | | | |
| 20. Citibank CD | A | Interest | J | T | | | | | |
| 21. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 22. Spoleto Corp. (See VIII) | C | Interest | M | T | | | | | |
| 23. Pimco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 24. Franklin Rising Dividends FD Class A | A | Dividend | L | T | | | | | |
| 25. Walnut Street Finance, LLC | B | Interest | L | T | Buy | 08/04/16 | K | | |
| 26. Military Talent Group, Inc. | | None | P1 | T | Buy | 06/01/16 | P1 | | |
| 27. JP Morgan Chase Brokerage Account # 1 Header (See VIII) | | | | | | | | | |
| 28. -Alteria Group Inc (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 29. -Exxon | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 30. -CMS Energy | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 31. -Metlife | A | Dividend | | T | Sold (part) | 12/28/16 | J | A | |
| 32. -Xcel Energy | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 33. -VF Corp. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 34. -ACE Ltd. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Kimberly Clark Corp. | | None | J | T | Sold (part) | 12/28/16 | J | A | |
| 36. -William Companies | | None | | | Sold | 03/19/16 | J | A | |
| 37. -3M Co. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 38. -Arthur Gallagher Co. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 39. -Gilead Sciences Inc | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 40. | | | J | T | Sold (part) | 12/28/16 | J | A | |
| 41. -Automatic Data | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 42. -Bank of America Corp | A | Dividend | J | T | | | | | |
| 43. -California Resources Corp | | | | | Sold | 03/30/16 | J | A | |
| 44. -Chevron Corp. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 45. -Cincinnati Financial Corp. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 46. -Cinemark Holding Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 47. -CME Group, Inc. (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 48. -Coca-Cola Co. (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 49. Coca-Cola Enterprises (See VIII) | A | Dividend | | | Sold | 04/19/16 | J | A | |
| 50. -Conoco Phillips (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 51. -Cullen Frost | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Hershey Company (See VIII) | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 53. -Home Depot, Inc. (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 54. -KLA-Tencor Corp. | A | Distribution | J | T | Sold (part) | 12/28/16 | J | A | |
| 55. -L Brands Inc. | A | Distribution | J | T | Sold (part) | 12/28/16 | J | A | |
| 56. -M&T Bank Corp. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 57. -Merk & Co. Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 58. -Microsoft Corp. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 59. -Mondelez Int'l | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 60. -Nisource Services Inc. (previously NsourcE) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 61. -Pfizer Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 62. -Phillip Morris Int'l | | None | | | Sold | 12/28/16 | J | A | |
| 63. -PPG Industries, Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 64. -Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 65. -Republic Services Inc | | None | J | T | Buy | 10/05/16 | J | | |
| 66. | | None | J | T | Sold (part) | 12/28/16 | J | A | |
| 67. -Snap On | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 68. -T. Rowe Price Group Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -The Travelers Companies Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 70. -Time Warner Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 71. -Validus Holdings Ltd. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 72. -Verizon Communications | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 73. -William Sonoma Inc. (See VIII) | | None | | | Sold | 07/22/15 | J | A | |
| 74. -Wells Fargo & Co. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 75. -Texas Instruments | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 76. -Johnson & Johnson (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 77. -Abbvie, Inc. (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 78. -Fidelity Nat'l Information | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 79. -Occidental Petroleum | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 80. -Edison Int'l | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 81. -PNC Fin. Services Inc. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 82. -Bristol Meyers Squibb | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 83. -Illinois Tool Works | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 84. -DTE Energy Co. (See VIII) | A | Dividend | J | T | Sold (part) | 03/01/16 | J | A | |
| 85. -Accenture PLC | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Air Products & Chemicals, Inc. (See VIII) | | None | | | Sold | 06/18/14 | J | A | |
| 87. -Analog Devices (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 88. -BB&T Corp. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 89. -Marathon Petroleum (See VIII) | | None | | | Sold | 02/09/16 | J | A | |
| 90. -Northern Trust Corp. | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 91. -US Bancorp Del. | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 92. -Comcast Corporation | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 93. -Dr. Pepper Snapple Group | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 94. -Honeywell Int'l | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 95. -Eli Lilly (See VIII) | A | Dividend | J | T | Sold (part) | 12/28/16 | J | A | |
| 96. -Columbia Pipeline Group (See VIII) | A | Dividend | | | Sold | 06/20/16 | J | A | |
| 97. JP Morgan Chase Brokerage Account # 2 Header (See VIII) (TGA) | | | | | | | | | |
| 98. -United Overseas Bank Ltd | A | Dividend | J | T | | | | | |
| 99. -Vermilion Energy Inc | A | Dividend | J | T | | | | | |
| 100. -Astrazeneca | A | Dividend | J | T | | | | | |
| 101. -Ball Corp. | | None | | | Buy | 07/21/16 | J | | |
| 102. | | None | | | Sold | 08/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Roche Holdings | A | Dividend | J | T | | | | | |
| 104. -Smiths Group PLC | A | Dividend | J | T | | | | | |
| 105. -Bayer A.G. | A | Dividend | | | Sold | 10/10/16 | J | A | |
| 106. -BHP Ltd | A | Dividend | J | T | | | | | |
| 107. -BNP Paribas | A | Dividend | J | T | | | | | |
| 108. -BOC Hong Kong Holdings | A | Dividend | J | T | | | | | |
| 109. -British American Tobacco | A | Distribution | J | T | | | | | |
| 110. -CNOOC Ltd | A | Dividend | J | T | | | | | |
| 111. -Deutsche Telecom | A | Dividend | J | T | Sold (part) | 01/07/16 | J | A | |
| 112. -Deutsche Post | A | Dividend | | | Sold | 10/11/16 | J | A | |
| 113. -Diageo PLC - Sponsored ADR | A | Dividend | J | T | | | | | |
| 114. -Engie | A | Dividend | J | T | | | J | A | |
| 115. -Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 116. -Imperial Brands PLC | A | Dividend | J | T | Sold (part) | 08/24/16 | J | A | |
| 117. -ING Groep NV - Sponsored | | None | | | | | | | |
| 118. -Japan Tobacco | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 119. -JPM Tax Free | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -MTN Group Ltd | | None | | | Sold | 05/06/16 | J | A | |
| 121. -Muenchener Rueck | A | Dividend | | | Sold | 10/10/16 | J | A | |
| 122. -Nestle SA | A | Dividend | J | T | Sold (part) | 09/14/16 | J | A | |
| 123. -Nippon Tel. | A | Dividend | J | T | Sold (part) | 07/20/16 | J | A | |
| 124. -Novartis | A | Dividend | J | T | | | | | |
| 125. -Orkla ASA | A | Dividend | J | T | Sold (part) | 01/12/16 | J | A | |
| 126. -Prosiebensat 1 Media SE | A | Dividend | J | T | | | | | |
| 127. -Rexam Holdings LP | A | Distribution | | | Sold | 07/21/16 | J | A | |
| 128. -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 129. -Sanofi | A | Dividend | | | Sold | 12/07/16 | J | A | |
| 130. -Siemans Ag. | A | Dividend | J | T | | | | | |
| 131. -Singpore Telecom | A | Dividend | J | T | Sold (part) | 12/07/16 | J | A | |
| 132. -Sonic Healthcare Ltd | A | Dividend | J | T | | | | | |
| 133. -SSE PLC (See VIII) | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 134. -Statoil ASA (See VIII) | A | Dividend | J | T | Sold (part) | 07/21/16 | J | A | |
| 135. -Telefonica Brasil SA | | None | | | | | | | |
| 136. -PT Telekomunikasi Ind | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Total SA | A | Dividend | J | T | | | | | |
| 138. -Unilever NV | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 139. -Vodafone Group, PLC | A | Dividend | J | T | Sold (part) | 07/20/16 | J | A | |
| 140. -Zurich Insurance Group | A | Dividend | J | T | Sold (part) | 02/19/16 | J | A | |
| 141. -Honda Motors | A | Dividend | J | T | Sold (part) | 05/16/16 | J | A | |
| 142. -UBS Group | A | Dividend | J | T | | | | | |
| 143. -BCE Inc. | A | Dividend | J | T | | | | | |
| 144. -BAE Systems | A | Dividend | J | T | | | | | |
| 145. -ABB Ltd | A | Dividend | J | T | | | | | |
| 146. -Michelin | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 147. -Manulife Financial Corp. | A | Dividend | J | T | | | | | |
| 148. -MMC Norilsk Nickel PJSC | | None | J | T | | | | | |
| 149. -Allianz - SE | | None | | | Sold | 09/15/16 | J | A | |
| 150. JP Morgan Chase Brokerage Account # 3 Header (See VIII) (CBA) | | | | | | | | | |
| 151. -Wisconsin Energy | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 152. -Int'l Paper | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 153. -E. I. DuPont | A | Dividend | | | Sold | 04/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Anheuser Busch | | None | | | Sold | 04/14/16 | J | A | |
| 155. -Nestle SA (Sponsored ADR) | | None | | | Sold | 04/14/16 | J | A | |
| 156. -Weyerheuser (Sponsored ADR) | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 157. -Schlumberger | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 158. -Wal-mart Stores | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 159. -Waste Management | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 160. -The Travelers Cos. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 161. -Union Pacific | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 162. -United Health | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 163. -Verizon Com. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 164. -Spectra Energy | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 165. -Texas Instruments | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 166. -Time Warner Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 167. -PepsiCo, Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 168. -Praxair Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 169. -Procter & Gamble | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 170. -Qualcomm | A | Dividend | | | Sold | 04/14/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Raytheon | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 172.  -MetLife (Whole Life) | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 173.  -Microsoft | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 174.  -Nextera | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 175.  -Oracle | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 176.  -PPG Industries | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 177.  -Home Depot | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 178.  -Intel Co. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 179.  -Johnson & Johnson | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 180.  -Kimberly Clark | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 181.  -Merck & Co. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 182.  -Comcast Corp. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 183.  -Costco | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 184.  -Ecolab Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 185.  -Exxon Mobil | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 186.  -General Electric | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 187.  -American Tower Corp. | A | Dividend | | | Sold | 04/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Amgen Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 189. -Chevron | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 190. -American Express Company | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 191. -Apple Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 192. -Automatic Data Processing Inc. (Previously ADP) | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 193. -Bank New York Mellon Corp. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 194. -C H Robinson Worldwide Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 195. -California Resources | | | | | Sold | 04/14/16 | J | A | |
| 196. -Walt Disney Co. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 197. -Eaton Corporation PLC | | None | | | Sold | 04/14/16 | J | A | |
| 198. -Occidental Pet. Corp. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 199. -3M Company | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 200. -United Parcel Service Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 201. -WEC Energy Group Inc. | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 202. -Chemours Company | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 203. JP Morgan Advisory Account # 4 (CBA) | C | Dividend | N | T | | | | | |
| 204. -SPDR Barclays High Yield Bond ETF | | None | | | Sold | 03/22/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. –Invesco Asia Pacific Growth | A | Dividend | J | T | | | | | |
| 206. –Double Line FDS | A | Dividend | J | T | | | | | |
| 207. –IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 208. –IShares New York Muni Bond | A | Dividend | J | T | | | | | |
| 209. –IShares IBOXX $ High Yield Corporate Bond ETF | A | Dividend | J | T | | | | | |
| 210. –IShares Select Dividend ETF | A | Dividend | J | T | | | | | |
| 211. –Lord Abbett Short Duration Income Fund | A | Dividend | J | T | | | | | |
| 212. –Pimco High Yield Fund | | None | | | Sold | 01/14/16 | J | A | |
| 213. –Pimco High Yield Fund Instl Cl | A | Dividend | J | T | Buy | 03/24/16 | J | | |
| 214. –Vanguard S&P 500 ETF | A | Dividend | J | T | | | | | |
| 215. –Vanguard Total Bond Market ETF | A | Dividend | J | T | | | | | |
| 216. –Powershares QQQ Trust Series 1 | A | Dividend | J | T | | | | | |
| 217. –Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Amon, Carol B. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Various Items on VII - Multiple transactions were made, none of which were over $1,000. Therefore, for complete reporting purposes, the most recent transaction (even if under $1,000) was listed.

Item 15 - Market value of vested options lees exercise on 12/31/16.

Item 16 - Rental property located in City of Newport, Chittendon County, Vermont, inherited in 1994. Value at date acquired - $200,000.

Item 17. AXA Equitable Variable Life Insurance Policy - Incentive Legacy III.

Item 22 - Asset Management Company.

Item 27 - Managed Asset Account of Spoleto Corp.

Item 73 - Sold in 2015 (See 2015 Amended Report)

Item 86 - Sold in 2014 (See 2014 Amended Report)

Item 87 - Managed Asset Account. - (TGA)

Item 150 - Managed Asset Account - (CBA)

Item 203 - Advisory Account - (JPMorgan Securities) (CBA)

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 05/15/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544